USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

February 1, 2008

FEB - 4 2008

CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

BY HAND

Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Corrine Gray v. Astrue
07 Civ. 10961 (RJH) (RLE)

Dear Judge Ellis:

The Court issued an order in the above-referenced Social Security case on January 25, 2008 scheduling a conference for February 6, 2008 at 10:30 a.m. We write on behalf of both parties respectfully to request that the date for the pre-trial conference be adjourned to a date at the Court convenience after February 29, 2008. The reason for this request is that we were served with the complaint on December 31, 2008, our answer is due February 29, 2008, and we do not yet have the administrative record for this case. The parties will be in a better position to discuss this case before the Court after receipt of the record and filing the answer. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

Conference adjourned to March 13, 2008 at 10:00 am

SO ORDERED
Ronald Ellis 2-5-08
MAGISTRATE JUDGE RONALD L. ELLIS

cc: BY FAX
David Wagner, Esq.