



MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                :
CORINNE R. GRAY,         :
                :
       Plaintiff,   :
                :
    - v. -       :   STIPULATION AND ORDER
                :   07 Civ. 10961 (RJH)(RLE)
MICHAEL J. ASTRUE,   :
Commissioner of      :
Social Security,     :
                :
       Defendant.   :
                :
- - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint in

the above-captioned action is extended from February 29, 2008 to

and including April 29, 2008.  The reason for the request is to



give the Social Security Administration sufficient time to evaluate

its litigation position in this case.   No prior extensions have

been requested in this case.

Dated:  New York, New York
        February 21 , 2008


                        FREEDMAN, WAGNER, TABAKMAN
                          & WEISS
                        Attorneys for Plaintiff


                   By: _____
                        DAVID MacRAE WAGNER, ESQ.
                        130 North Main Street
                          Suite 202
                        New City, New York  10956
                        Telephone No.: (845) 638-1400

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York
                        Attorney for Defendant


                   By: _____
                        SUSAN D. BAIRD
                        Assistant United States Attorney
                        86 Chambers Street - 3rd Floor
                        New York, New York   10007
                        Telephone No.: (212) 637-2713
                        Susan.Baird@usdoj.gov


SO ORDERED:

_____  2-25-08
UNITED STATES MAGISTRATE JUDGE