

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

CORINNE R. GRAY,

        Plaintiff,

   - v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

- - - - - - - - - - - - - - - - x

STIPULATION AND ORDER
07 Civ. 10961 (RJH)(RLE)

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 29, 2008 to and including April 29, 2008.  The reason for the request is to



give the Social Security Administration sufficient time to evaluate its litigation position in this case. No prior extensions have been requested in this case.

Dated:  New York, New York
        February 21, 2008

                    FREEDMAN, WAGNER, TABAKMAN
                        & WEISS
                    Attorneys for Plaintiff

By: _____
    DAVID MacRAE WAGNER, ESQ.
    130 North Main Street
      Suite 202
    New City, New York  10956
    Telephone No.: (845) 638-1400

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____ 2-25-08
UNITED STATES MAGISTRATE JUDGE