**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 12, 2008

By Hand

Honorable Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007-1581



> Re:  **Corrine Gray v. Astrue**
>      **07 Civ. 10961 (RJH) (RLE)**

Dear Judge Ellis:

This Office represents the Commissioner of Social
Security, defendant in the above-referenced action.  I am writing
on behalf of Susan D. Baird, the Assistant U.S. Attorney handling
this matter.  Ms. Baird is out sick today and expects to be out
the rest of the week.

An initial conference is scheduled to take place on
Wednesday, March 13, 2008, at 10:00 a.m.  The Court has granted
the Commissioner an extension of  time, until April 29, 2008, to
answer the complaint in this matter.

Therefore, with the consent of plaintiff, I
respectfully request that the Court adjourn the March 13, 2008
conference, to a date and time convenient to the Court that is
after April 29, 2008.  This is defendant's second request for an
adjournment of the conference.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-14-08

I apologize for the lateness of this request and thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: _____

LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc:  David Wagner, Esq. (By Fax)

The initial conference is adjourned
to May 6, 2008 at 10:00 a.m.
**SO ORDERED**
Ronald                3-14-08
MAGISTRATE JUDGE RONALD L. ELLIS