

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

<div style="text-align:right">

*86 Chambers Street*
*New York, New York 10007*

May 9, 2008

</div>

BY FAX

Honorable Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007-1312



    Re:   <u>Corrine R. Gray v. Astrue</u>
           07 CV 10961 (RJH)(RLE)

Dear Magistrate Judge Ellis:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request the Court's approval of a proposed briefing schedule for this case.

    Pursuant to the Court's Order of February 26, 2008, defendant filed an answer in this case on April 29, 2008. I respectfully request that the proposed briefing schedule, a copy of which is enclosed with this letter, be approved by the Court. Plaintiff has kindly consented to the enclosed schedule.

    Thank you for your consideration of this matter.

<div style="margin-left:40%">

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:   *Susan C. Branagan*
     SUSAN C. BRANAGAN
     Assistant United States Attorney
     Telephone: (212) 637-2804
     Fax: (212) 637-2750

</div>

Enclosure
cc: David MacRae Wagner, Esq.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
                                              :
CORRINE GRAY,                                 :
                                              :   **BRIEFING SCHEDULE**
            Plaintiff,                        :
                                              :
      - v. -                                  :   07 Civ. 10961(RJH)(RLE)
                                              :
MICHAEL J. ASTRUE,                            :
Commissioner of Social Security,              :
                                              :
            Defendant.                        :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - x

       Defendant having filed his answer to the complaint on April 29, 2008,

       IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before July 3, 2008;

2. Plaintiff's response to the motion shall be served and filed on or before August 5, 2008; and

3. Defendant's reply shall be served and filed on or before August 25, 2008.

SO ORDERED:

_____  5-12-08
United States Magistrate Judge