MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

RECEIVED JUL 3 - 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
:
CORRINE GRAY,
:
:   **REVISED BRIEFING**
:   **SCHEDULE**
     Plaintiff,            :
:
     - v. -                :   07 Civ. 10961(RJH)(RLE)
:
MICHAEL J. ASTRUE,         :
Commissioner of Social Security,
:
     Defendant.            :
:
- - - - - - - - - - - - - - - - - - - - - x

    Defendant having filed his answer to the complaint on April 29, 2008,

    IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before August 4, 2008;

2. Plaintiff's response to the motion shall be served and filed on or before September 5, 2008; and

3. Defendant's reply shall be served and filed on or before September 26, 2008.

SO ORDERED:

_Ronald Ellis_  7-3-08
United States Magistrate Judge