MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
CORRINE GRAY,                       :
                                    :   **REVISED BRIEFING**
                                    :   **SCHEDULE**
              Plaintiff,            :
                                    :
       - v. -                       :   07 Civ. 10961(RJH)(RLE)
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x

       Defendant having filed his answer to the complaint on April 29, 2008,

       IT IS HEREBY ORDERED that:

   1.  Defendant's motion for judgment on the pleadings shall be served and filed on or before August 7, 2008;

   2.  Plaintiff's response to the motion shall be served and filed on or before September 8, 2008; and

   3.  Defendant's reply shall be served and filed on or before September 29, 2008.

SO ORDERED:

_____  8-4-08
United States Magistrate Judge