UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

CORINNE GRAY,

          Plaintiff,

  - against -

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

------------------------------------------------

07 Civ. 10961

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

Richard J. Holwell, District Judge:

On December 16, 2009, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation ("Report") granting the Commissioner's motion. To date, the Court has received neither objections to the Report nor any other communication, such as a letter requesting an extension of time in which to file objections, from the plaintiff.

The district court adopts a Magistrate Judge's report and recommendation when no clear error appears on the face of the record. *Baldwin v. Astrue*, No. 07-6958, 2009 WL 4931363, at *1 (S.D.N.Y. Dec. 21, 2009) (citing *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The court, however, must make a de novo determination of those portions of a report to which objection is made, 28 U.S.C. § 636(b)(1)(C), by reviewing "the Report, the record, applicable legal authorities, along with Plaintiff's and Defendant's objections and replies." *Badhan v. Lab. Corp. of America*, 234 F. Supp. 2d 313, 316 (S.D.N.Y. 2002). The court may then accept, reject, or modify in whole or in part recommendations of the Magistrate Judge. *Baldwin*, 2009 WL 4931363, at *1. If a party fails to object to a report within 14 days of being served with the report, that party

1

waives its right to object and appellate review of the district court's decision adopting the report, absent unusual circumstances, is precluded. *See United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997).

Having found that no clear error appears on the face of the record, the Court hereby adopts the Report, and the Commissioner's motion [13] is granted. The Clerk of the Court is requested to close this case.

SO ORDERED.

Dated: New York, New York
       April 19, 2009

Richard J. Holwell
United States District Judge